# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

Marilyn Kelly,
Chief Justice

137656

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GLENN A. RENUSCH,
      Plaintiff-Appellee,

v

                                     SC: 137656
                                     COA: 285872

G & F PROTOTYPE PLASTER, INC.,
      Defendant-Appellant.
                                     WCAC: 07-000236

_____/

      On order of the Court, the application for leave to appeal the October 24, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

0120